FILED

SEP 14 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

Joseph Ross Huffman
_____
(Enter your full name)
                Plaintiff(s)

v.  BMG Rights Management et. al.
    Tab Magnetic Publishing et. al.
    Black eyed peas et. al., William Adams,
    Stacy Ferguson, Jaime Gomez, David Guetta,
    Allan Pineda, Jean Riesterer, Shapiro Bernstein
_____
(Enter full name of each Defendant)
                Defendant(s)

CASE NUMBER: __W16CA366__
(To be supplied by Intake Deputy)

# COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Copperas Cove, TX 76522

2. Second Paragraph (Name and Address(es) of Defendant(s))
   BMG Rights Management, 1745 Broadway 19th Floor, New York, NY 10019
   Black eyed peas, 13701 Riverside DR 8th Floor, Sherman Oaks, CA 91423

3. Third Paragraph (Jurisdiction Plea):
   Title 17 USC Chapter 5 Section 504(b) & Title 28 USC Chapter 28 Section 1338(b)

4. Fourth Paragraph ....
   Defendants: I gotta feelin' (BMI #: 10725737) infringes Plaintiff: I've a felling (BMI # 8353648)

5. Fifth Paragraph ...
   Full gross revenue & injunctive relief

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed)    Joseph Ross Huffman
Address                    124 Chestnut DR
Telephone Number           Copperas Cove, TX 76522