<u>Work Title</u>: I VE A FEELING

<u>BMI Work #</u>: 8353648           <u>ISWC</u>: T-072.740.882-3

<u>Date Registered</u>: 09/06/2006   <u>Registration Origin</u>: Works Registration

| <u>Songwriter/Composer</u> | <u>Current Affiliation</u> | <u>Shares</u> | <u>IP #</u> |
|---|---|---|---|
| HUFFMAN JOSEPH ROSS | BMI | 200.00% | 00500573198 |

| <u>Publisher</u> | <u>Current Affiliation</u> | <u>Shares</u> | <u>IP #</u> |
|---|---|---|---|
| EXCESS WRITER CLEARANCE | NA | 0.00% | |

## I GOTTA FEELING Title

Title Detail
**BMI Work #** 10725737
**ISWC #** T-902990846-1
**Total Controlled by BMI:** 51.26%
Alternate Titles:
I GOT A FEELING
OPRAH FEELIN
I GOTTA FEELING OPRAH REMIX
DIE SOMER IS HIER THE SUMMER IS HERE

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| ADAMS WILLIAM | BMI | 192952832 |
| FERGUSON STACY | ASCAP | 340675175 |
| GOMEZ JAIME | BMI | 196877597 |
| GUETTA PIERRE DAVID | SACEM | 147530185 |
| PINEDA ALLAN APLL | BMI | 192957621 |
| RIESTERER FREDERIC JEAN | SACEM | 147949624 |

| Publishers | Current Affiliation | CAE/IPI # |
|---|---|---|
| BMG PLATINUM SONGS US | BMI | 595808890 |
| BMG SAPPHIRE SONGS | BMI | 628653915 |
| I AM COMPOSING LLC | BMI | 639579786 |
| TAB MAGNETIC PUBLISHING | BMI | 582901732 |

*Additional Non-BMI Publishers*

Artists
BLACK EYED PEAS

*I GOTTA FEELING.*

|  |  |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001666768 / 2010-03-09 |
|  | Supplemented by: PA0001396542 / 2010-11-30 |
| **Application Title:** | I GOTTA FEELING. |
| **Title:** | I GOTTA FEELING. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | EMI APRIL MUSIC INC, Transfer: By written agreement. Address: 75 9TH AVE, 4TH FLOOR, NEW YORK. |
|  | HEADPHONE JUNKIE PUBLISHING, Transfer: By written agreement. Address: 75 9TH AVE, 4TH FLOOR, NEW YORK. |
|  | CHERRY RIVER MUSIC, Transfer: By written agreement. |
|  | SQUARE RIVOLI PUBLISHING, Transfer: By written agreement. |
|  | SHAPIRO BERNSTEIN, Transfer: By written agreement. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-06-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | STACY FERGUSON; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | WILLIAM ADAMS; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | ALLAN PINEDA; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | JAMIE GOMEZ; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | DAVID GUETTA; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | FREDERICK REISTERER; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Copyright Note:** | See also I gotta feeling; Reg. 2010-11-30; PA0001396542 |
| **Names:** | FERGUSON, STACY |
|  | ADAMS, WILLIAM |
|  | PINEDA, ALLAN |
|  | GOMEZ, JAMIE |
|  | GUETTA, DAVID |
|  | REISTERER, FREDERICK |
|  | EMI APRIL MUSIC INC |
|  | HEADPHONE JUNKIE PUBLISHING |
|  | CHERRY RIVER MUSIC |
|  | SQUARE RIVOLI PUBLISHING |
|  | SHAPIRO BERNSTEIN |

*I gotta feeling / by Stacy Ferguson, William Adams, Allan Pineda, Jamie...*

|  |  |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001396542 / 2010-11-30 |
| | Supplement to: PA0001666768 / 2009 |
| **Title:** | I gotta feeling / by Stacy Ferguson, William Adams, Allan Pineda, Jamie Gomez, David Guetta, Frederick Reisterer. |
| **Notes:** | Statement re nationality or domicile. |
| **Copyright Claimant:** | will.i.am music, llc, apl.de.ap publishing, Tab Magnetic Publishing, Rister Editions, What A Publishing Ltd, EMI April Music Inc., Headphone Junkie Publishing, Cherry River Music, Shapiro Bernstein (on original appl.: Square Rivoli Publishing, EMI April Music Inc., Headphone Junkie Publishing, Cherry River Music, Shapiro Bernstein) |
| **Authorship on Application:** | music: Frederic Reisterer, David Guetta; music & lyrics: Stacy Ferguson, William Adams, Allan Pineda, Jamie Gomez (on original appl.: music & lyrics: Frederick Reisterer, Stacy Ferguson, William Adams, Allan Pineda, Jamie Gomez, David Guetta) |
| **Supplement to Registration:** | PA 1-666-768, 2009 |
| **Names:** | Bernstein, Shapiro |
| | Reisterer, Frederic |
| | Guetta, David |
| | Ferguson, Stacy |
| | Adams, William |
| | Pineda, Allan |
| | Gomez, Jamie |
| | Reisterer, Frederick |
| | will.i.am music, llc |
| | apl.de.ap publishing |
| | Tab Magnetic Publishing |
| | Rister Editions |
| | What A Publishing Ltd |
| | EMI April Music Inc. |
| | Headphone Junkie Publishing |
| | Cherry River Music |
| | Square Rivoli Publishing |

e-lyricz
i
recommend
publish online / original (song)lyrics
Home | Register | How-to | Author Login                                                                August 13 |

Search

**Sept. 15. 08 - THIS SITE IS TEMP. CLOSED FOR A TOTAL SYSTEM OVERHAUL since this version is falling apart as many of you have noticed**

PLEASE DO NOT ATTEMPT TO PUBLISH (or edit) IN THE MEANTIME. THAT WORK WILL BE LOST
All existing lyrics untill sept 15. will reappear in the new website. All authors will recieve an email when the new site is up and running.
This will be within 4 weeks - so that is half October.
Thanx for your patience

lyric categories | Song Lyrics | theme: love | by: Joseph Huffman

xml

[DONATE]

I've a feeling

(Verse 1)
You came into my life
And the feelings just right
In the true sense of the word
You rock my world
On a flight of fancy
To great height
Baby, the feelings just right

(Chorus)
I've a feeling
I've a feeling
And not just any feeling
I've a feeling
And that feeling's called love

(Verse 2)
Like the wildest ride
You put me in the limelight
Make me fly higher than a bird
High above the world
Where there's tranquility
Into the night
You put me in the limelight

(Repeat Chorus)

(Bridge)
I want you to be my lova'

(Repeat Chorus)

(Repeat Verse 1)

by **Joseph Huffman**
published 29-Aug-2006
contact Joseph Huffman for permission before you use 'I've a feeling' in any form
'I've a feeling' © 2006 Joseph Huffman/Joseph Huffman - All rights reserved
I've a feeling
Joseph Huffman
This lyric has been mailed 1 time(s). (since 11-30-03)

copyright ©1999-2008 www.e-LyricZ.com & Lyrics © by the individual authors, all rights reserved
FAQ | Terms of Use | Privacy policy | Contact | Bookmark e-LyricZ

"I Gotta Feelin'" lyrics

## BLACK EYED PEAS LYRICS
### "I Gotta Feelin'"

[4x]
I gotta feeling that tonight's gonna be a good night
That tonight's gonna be a good night
That tonight's gonna be a good, good night

Tonight's the night
Let's live it up
I got my money
Let's spend it up

Go out and smash it
Like Oh My God
Jump off that sofa
Let's get get off

I know that we'll have a ball
If we get down
And go out
And just lose it all

I feel stressed out
I wanna let it go
Lets go way out spaced out
And losing all control

Fill up my cup
Mazel Tov
Look at her dancing
Just take it off

Let's paint the town
We'll shut it down
Let's burn the roof
And then we'll do it again

Let's do it, let's do it,
Let's do it,
Let's do it, and do it, and do it,
Let's live it up
And do it, and do it, and do it, do it, do it,
Let's do it,
Let's do it,
Let's do it

'Cause...

[2x]
I gotta feeling (ooooo hoooo) that tonight's gonna be a good night
That tonight's gonna be a good night
That tonight's gonna be a good, good night

Tonight's the night (hey!)
Let's live it up (let's live it up)
I got my money (I'm paid)
Let's spend it up (let's spend it up)

Go out and smash it (smash it)
Like Oh My God (like Oh My God)
Jump off that sofa (c'mon)
Let's get get off

Fill up my cup (drink)
Mazel Tov (l'chaim)
Look at her dancing (move it, move it)
Just take it off

Let's paint the town (paint the town)
We'll shut it down (shut it down)
Let's burn the roof
And then we'll do it again

Let's do it, let's do it,
Let's do it,
Let's do it, and do it, and do it,
Let's live it up
And do it, and do it, and do it, do it, do it,
Let's do it,
Let's do it,
Let's do it, do it, do it, do it

Here we come
Here we go
We gotta rock (rock, rock, rock, rock)

Easy come
Easy go
Now we on top (top, top, top, top)

Feel the shot
Body rock
Rock it don't stop (stop, stop, stop, stop)

Round and round
Up and down
Around the clock (clock, clock, clock, clock)

Monday, Tuesday,
Wednesday, and Thursday
Friday, Saturday
Saturday to Sunday

Get get get get get with us
You know what we say
Party every day
Pa pa pa party every day

And I'm feeling (ooooo hoooo)
That tonight's gonna be a good night
That tonight's gonna be a good night
That tonight's gonna be a good good night

I gotta feeling (ooooo hoooo) that tonight's gonna be a good night
That tonight's gonna be a good night
That tonight's gonna be a good good night

Ooooooo hoooo

Thanks to Selyne for adding these lyrics.
Thanks to neels, Kate MacColl, Juan de Dios for correcting these lyrics.

BLACK EYED PEAS lyrics are property and copyright of their owners. "I Gotta Feelin" lyrics provided for educational purposes and personal use only.
Copyright © 2000-2016 AZLyrics.com